# United States District Court
### For The Western District of North Carolina

| | |
|---|---|
| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
| V. | (Petty / Misdemeanor Offenses) |
| Melissa Lister | Case Number: 1:11po2 |
| | Heather H. Martin |
| | Defendant's Attorney |

**THE DEFENDANT:**

X     pleaded guilty to count(s) 1
__    Pleaded guilty to violation(s)
__    Pleaded not guilty to count(s)
__    Pleaded not guilty to violation(s)

| Title and Section | Nature of Offense | Date Of Offense | Counts |
|---|---|---|---|
| 18:1701 | Obstruction of Mail | 1/14/2011 | 1 |

__    Counts(s) (is)(are) dismissed on the motion of the United States.
__    Violation Notice(s) (is)(are) dismissed on the motion of the United States.
__    Found not guilty as to:

**IMPOSITION OF SENTENCE:** The defendant to be imprisoned for a period of TWENTY FIVE (25) days. The defendant is allowed to self report. All monies stricken.

Date of Imposition of Sentence: 10/11/2011

Signed: October 12, 2011

_____
Dennis L. Howell
United States Magistrate Judge

**RETURN**

I have executed this Judgment as follows: _____
_____
_____

Defendant delivered on _____ to _____
at _____, with a certified copy of this Judgment.

By _____
United States Deputy Marshal